

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00647-CV

John E. **RODARTE** Sr.,
Appellant

v.

**BENEFICIAL TEXAS, INC.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14597
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, Appellant's motion to waive the statutory requirements for an affidavit relating to previous filings is DENIED, and this appeal is DISMISSED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED December 9, 2015.

_____
Patricia O. Alvarez, Justice